# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| DAVID MAYS, ) | |
| Plaintiff, ) | |
| ) | No.: 3:16-cv-00157 |
| v. ) | REEVES/GUYTON |
| CPL JOHNSON and CHRIS BAKER, ) | |
| Defendants. ) | |

## O R D E R

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motion to dismiss and/or for summary judgment [Doc. 21] is **GRANTED**, and this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED**. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**E N T E R :**

ENTERED AS A JUDGMENT

 /s/ **JOHN L. MEDEARIS**
     CLERK OF COURT